```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0089--CR (RRB)
                "USA V ROBERT W. LERVAAG ET AL"
                   DEF 1.1 LERVAAG, ROBERT W.

       Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
              Filed:  09/21/05
             Closed:  NO
  No. of Defendants:  2
      MJ Case Number:
                AKA:
    Location status:  Released on Bond
         Trial date:  01/03/06
         Terminated:  NO
  Needs interpreter:  NO
  Counsel of record:  Sue Ellen Tatter
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record:  Karen L. Loeffler
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


Counts re: DEF 1.1 LERVAAG, ROBERT W.
```

| Document  | Count | Citation and Description                       | Disposition |
|-----------|-------|------------------------------------------------|-------------|
| 1 - 1 IND | 1     | 18:1344(2) BANK FRAUD (F)                      | Pending     |
| 1 - 1 IND | 2     | 18:1344(2) BANK FRAUD (F)                      | Pending     |
| 1 - 1 IND | 3     | 18:1344(2) BANK FRAUD (F)                      | Pending     |
| 1 - 1 IND | 4     | 18:1344(2) BANK FRAUD (F)                      | Pending     |
| 1 - 1 IND | 5     | 18:1344(2) BANK FRAUD (F)                      | Pending     |
| 1 - 1 IND | 6     | 18:1344(2) BANK FRAUD (F)                      | Pending     |
| 1 - 1 IND | 7     | 18:1014 FALSE STATEMENTS TO INFLUENCE BANK (F) | Pending     |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0089--CR (RRB)
                                  "USA V ROBERT W. LERVAAG ET AL"
                                    DEF 1.1 LERVAAG, ROBERT W.

                       Including terminated defendants, excluding terminated counsel


    1 -    1 IND    8        18:1014 FALSE STATEMENTS TO INFLUENCE BANK (F)        Pending

    1 -    1 IND    9        18:1014 FALSE STATEMENTS TO INFLUENCE BANK (F)        Pending

    1 -    1 IND    10       18:1014 FALSE STATEMETNS TO INFLUENCE BANK (F)        Pending

    1 -    1 IND    11       18:1014 FALSE STATEMENTS TO INFLUENCE BANK (F)        Pending

    1 -    1 IND    12       18:1014 FALSE STATEMENTS TO INFLUENCE BANK (F)        Pending
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0089--CR (RRB)
                              "USA V ROBERT W. LERVAAG ET AL"
                               DEF 2.1 FRAZE, RONALD H.
```

Including terminated defendants, excluding terminated counsel

```
     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
              Filed:  09/21/05
             Closed:  NO
 No. of Defendants:  2
      MJ Case Number:
                AKA:
    Location status:  Released on Bond
         Trial date:  01/03/06
         Terminated:  NO
  Needs interpreter:  NO
   Counsel of record: Ronald A. Offret
                      Aglietti & Offret
                      733 W. 4th Avenue, Suite 206
                      Anchorage, AK 99501
                      907-279-8657
                      FAX 907-279-5534
                      Serve: YES
                       Type: CJA
                       Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Karen L. Loeffler
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 2.1 FRAZE, RONALD H.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 1 | 18:1344(2) BANK FRAUD (F) | Pending |
| 1 -  1 IND | 2 | 18:1344(2) BANK FRAUD (F) | Pending |
| 1 -  1 IND | 3 | 18:1344(2) BANK FRAUD (F) | Pending |
| 1 -  1 IND | 4 | 18:1344(2) BANK FRAUD (F) | Pending |
| 1 -  1 IND | 5 | 18:1344(2) BANK FRAUD (F) | Pending |
| 1 -  1 IND | 6 | 18:1344(2) BANK FRAUD (F) | Pending |
| 1 -  1 IND | 7 | 18:1014 FALSE STATEMENTS TO INFLUENCE BANK (F) | Pending |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0089--CR (RRB)
                                  "USA V ROBERT W. LERVAAG ET AL"
                                    DEF 2.1 FRAZE, RONALD H.

                     Including terminated defendants, excluding terminated counsel


     1 -    1 IND     8        18:1014 FALSE STATEMENTS TO INFLUENCE BANK (F)          Pending

     1 -    1 IND     9        18:1014 FALSE STATEMENTS TO INFLUENCE BANK (F)          Pending

     1 -    1 IND    10        18:1014 FALSE STATEMETNS TO INFLUENCE BANK (F)          Pending

     1 -    1 IND    11        18:1014 FALSE STATEMENTS TO INFLUENCE BANK (F)          Pending

     1 -    1 IND    12        18:1014 FALSE STATEMENTS TO INFLUENCE BANK (F)          Pending
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A05-0089--CR (RRB)
                             "USA V ROBERT W. LERVAAG ET AL"

                                      For all filing dates
```

```
   Presiding Judge:   The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
              Filed: 09/21/05
             Closed: NO
No. of Defendants: 2
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 09/21/05 | [Re: DEF 1-2] PLF 1 Indictment. |
| 2 - 1 | 09/21/05 | [Re: DEF 1-2] JDR Grand Jury Minutes; Bail set at OR.  Summons to be issued.  Set for arraignment and notify USM. |
| NOTE - 1 | 09/22/05 | Issued: Summons re D1 & D2. |
| 3 - 1 | 09/22/05 | [Re: DEF 1] JDR Minute Order arraignment set for 11/4/05 at 9:30 a.m. in Courtroom #6.  cc: AUSA, USM, USPO, DEF W/USM CY, MJ ROBERTS |
| 4 - 1 | 09/22/05 | [Re: DEF 2] JDR Minute Order arraignment set for 11/4/05 at 10:00 a.m. in Courtroom #6.  cc: AUSA, USM, USPO, DEF W/USM CY |
| 5 - 1 | 10/14/05 | USM Return of svc on summons re: DEF 1 executed on 10/06/05. |
| 6 - 1 | 10/14/05 | USM Return of svc on summons re: DEF 2 executed on 10/06/05. |
| 7 - 1 | 10/20/05 | [Re: DEF 1-2] JDR Minute Order of recusal; referral is reeassigned to MJ Hall; Arr presently set for 11/4/05 at 9:30 a.m. and 10:00 a.m.; at Anch will be before MJ Hall. cc: USA, USM, USPO, MJ Hall, Judge Beistline |
| NOTE - 2 | 10/28/05 | Notation: Proposed trial date setting for arraignment forwarded to chambers. |
| 8 - 1 | 11/04/05 | [Re: DEF 2] TWH Order of Personal Recognizance.  cc: USA, R. Ofret, USM, USPO |
| 9 - 1 | 11/04/05 | [Re: DEF 2] TWH Court Minutes [ECR: Elisa Singleton] re Argn on Indt (held 11/4/05); not guilty plea to cts 1 -12 of Indt; FPD to appt CJA cnsl; bond set at O/R; PTM due 12/2/05; deft to be processed by USMS. cc: USA, R. Offret, USM, USPO, Judge Beistline |
| 10 - 1 | 11/04/05 | [Re: DEF 1] TWH Court Minutes [ECR: Elisa Singleton] re Argn on Indt (held 11/4/05); not guilty plea to cts 1-12 of Indt; S. Tatter accepted appointment; Bond set O/R; PTM due 12/2/05; deft to surrender passport to USPO;  deft to be processed by USM.  cc: USA, FPD, USM, USPO, Judge Beistline |
| 11 - 1 | 11/04/05 | [Re: DEF 1] TWH Order of Personal Recognizance.  cc: USA, FPD, USM, USPO |
| 12 - 1 | 11/04/05 | [Re: DEF 1] Financial Affidavit. |
| 13 - 1 | 11/04/05 | [Re: DEF 2] Financial Affidavit. |
| 14 - 1 | 11/04/05 | [Re: DEF 1] TWH Order regarding preparation for trial; meet and confer by 11/21/05; pretrial motions due by Dec. 2, 2005.  cc: USA, FPD |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CRIMINAL DOCKET ENTRIES FOR CASE A05-0089--CR (RRB)
                                   "USA V ROBERT W. LERVAAG ET AL"

                                          For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 11/04/05 | [Re: DEF 1] Order setting conditions of release.  cc: USA, FPD, USM, USPO |
| 16 - 1 | 11/04/05 | [Re: DEF 2] Order setting conditions of release.  cc: USA, R. Offret, USM, USPO |
| 17 - 1 | 11/04/05 | [Re: DEF 2] TWH Order regarding preparation for trial; meet and confer by 11/21/05; pretrial motions due 12/2/05.  cc: USA, R. Offret |
| 18 - 1 | 11/04/05 | DEF 1 Attorney Appearance of S. Tatter (FPD). |
| 19 - 1 | 11/07/05 | [Re: DEF 1-2] RRB Minute Order setting trial by jury for 1/3/06 at 8:30 a.m. and Final PT Conf for 12/28/05 at 8:45 a.m. in Courtroom #2 . cc: AUSA, FPD, R. OFFRET, USM, USPO, JC, MJ HALL |
| 20 - 1 | 11/07/05 | [Re: DEF 2] CJA appointment of R. Offret. |
| 21 - 1 | 11/14/05 | DEF 1 Unopposed motion for scheduling conference. |
| 22 - 1 | 11/14/05 | DEF 2 Attorney Appearance of R. Offret. |
| 23 - 1 | 11/21/05 | [Re: DEF 1-2] TWH Minute Order granting unopposed motion for scheduling conference (21-1). Parties may appear telephonically by calling meet-me-bridge B for 11/22/05 hearing at 2:00 p.m. cc: cnsl/parties contacted by md |
| 24 - 1 | 11/22/05 | [Re: DEF 1] Clerk's Notice re receipt of passport #072553151 in the name of Robert William Lervaag.  cc:  USA, FPD, USM, USPO, Finance w/passport |
| 25 - 1 | 11/28/05 | [Re: DEF 1-2] TWH Court Minutes [Misty Davenport] from Scheduling Conference hedl 11/23/05: new dates and deadlines given. cc: Loeffler, tatter, Offret, FPO, USM |
| 26 - 1 | 11/28/05 | [Re: DEF 1-2] TWH Scheduling Order continuing deadlines as follows: discovery 01/10/06, PTM's due 02/10/06, opposition to PTM's due 02/28/06, R7r to be issued by 03/13/06. cc: Loeffler, Tatter, Offret, FPO, USM |