FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 14 PM 12: 25

TIMOTHY M. BURGESS
UNITED STATES ATTORNEY

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. A05-089 CR (RRB) |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | JOINT MOTION TO |
| ) | CONTINUE TRIAL DATE |
| ROBERT W. LERVAAG and ) | |
| RONALD H. FRAZE, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

COME NOW the parties, by and through undersigned counsel for the government, and jointly move this court for a continuance of the trial date in the above captioned case. The parties previously met with the assigned magistrate judge and detailed the discovery issues and the need for a new trial date to

accommodate the time necessary to obtain and review extensive discovery. The magistrate judge has set a discovery and motions schedule, at the parties' behest, that would be outside the currently set trial date.

The parties further agree that this case is complex under 18 U.S.C. § 3161(h)(8)(B)(ii) in that it involves factual matters that have been addressed in a series of civil proceedings that took place over a number of years and numerous documents involving bank loans and accounting practices. The parties have also previously discussed a proposed trial date sometime in May of 2006.

For the above reasons, the parties respectfully request that this court consider their joint request for a continuance of the trial date in this matter.

DATED this 14th day of December 2005, Anchorage, Alaska.

                                            TIMOTHY M. BURGESS
                                            United States Attorney

                                            KAREN LOEFFLER
                                            Assistant U.S. Attorney

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on December 14, 2005, via:

Sue Ellen Tatter
Federal Defender's Office Mail Drop

( ) Facsimile Transmission
(X) U.S. Mail

Ronald Offret
Federal Public Defender's Office
550 W. 7th Ave. Suite 1600
Anchorage, AK 99501

Executed at Anchorage, Alaska, on December 14, 2005

_____
Office of the U.S. Attorney

3