DEC-16-2005 05:31 PM P.04/04
DEC 16 2005 7:28AM    HP LASERJET 3200         6776264              P.4

LODGED

DEC 1 4 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. A05-089 CR (RRB) |
| Plaintiff, ) | ORDER |
| vs. ) |  |
| ROBERT W. LERVAAG and ) RONALD H. FRAZE, ) |  |
| Defendants. ) |  |

The joint motion for continuance of trial date is GRANTED. ~~and the~~ A trial date setting conference is hereby set for ~~trial date will be continued to~~ 12/28/05 at 8:45am in Courtroom 2.

Dated this 16 day of December, 2005.

RALPH R. BEISTLINE
U.S. District Court Judge

DEC-16-2005 06:28PM   FAX:           ID:        PAGE:004   R=94%