## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

 UNITED STATES OF AMERICA  v.  RONALD FRAZE ET AL 

THE HONORABLE TERRANCE W HALL

DEPUTY CLERK                                    CASE NO.  3:05-cr-00089 RRB 

 TINA GROTHAUSE 


PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: February 7, 2006


        Defendant's Unopposed Motion to Extend Pretrial

Deadlines(Docket No. 31) is hereby GRANTED. Discovery shall be

exchanged by close of business February 28,2006. Pretrial Motions

are due by March 20,2006. Oppositions to pretrial Motions due

March 31,2006.


[MO Fraze 305cr00089RRB]{IA.WPD*Rev.12/96}