Ronald A. Offret
#7410096
AGLIETTI, OFFRET & WOOFTER
733 W 4th Avenue, Suite 206
Anchorage, AK 99501
Phone: (907) 279-8657
Fax:    (907) 279-5534
Attorney for Ronald H. Fraze

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) ) ) |
| vs. | ) ) |
| RONALD H. FRAZE Defendants. _____ | ) ) ) ) |

No. A05-0089 CR (RRB)

MOTION FOR APPROVAL TO LEAVE JURISDICTION

COMES NOW Defendant, Ronald H. Fraze (D-2), through counsel, Ronald A. Offret of AGLIETTI, OFFRET & WOOFTER and requests this Court to allow Defendant Fraze to leave the State of Alaska to attend his high school reunion in Phoenix, Arizona.

The Defendant plans to depart either April 26 or April 27, 2006, and will return to Anchorage on either April 29 or April 30, 2006.

Defendant's Probation Officer, Paula McCormick (271-4154) does not oppose this travel. AUSA Karen Loeffler does not oppose this travel.

DATED this 21st day of March, 2006, at Anchorage, Alaska.

 AGLIETTI, OFFRET & WOOFTER
 Attorneys for Defendant Ronald H. Fraze

  /s/
 Ronald A. Offret #7410096