IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>        Plaintiff,                        )<br>                                         )<br>vs.                                           )<br>                                       )<br>RONALD H. FRAZE                )<br>        Defendants.                )<br>_____) | <br><br><br><br><br><br>No. A05-0089 CR (RRB) |

ORDER AUTHORIZING
DEFENDANT RONALD H. FRAZE
TO LEAVE JURISDICTION

      THIS MATTER having come before this COURT on Defendant, Ronald H. Fraze (D-2), motion to allow Defendant to leave the State of Alaska to attend his high school reunion in Phoenix, Arizona either April 26 or April 27, 2006, and returning to Anchorage no later than April 30, 2006; and good cause appearing;

      IT IS ORDERED that Defendant's motion is approved; and

      IT IS FURTHER ORDERED that Defendant shall provide his Probation Officer, Paula McCormick, a copy of his travel itinerary.

      DATED this _____ day of March, 2006.

                              UNITED STATES DISTRICT COURT FOR ALASKA
                              DISTRICT OF ALASKA

      By_____
                JUDGE, U.S. DISTRICT COURT