IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| RONALD H. FRAZE | ) |
| Defendants. | ) |
| | ) No. A05-0089 CR (RRB) |

### ORDER AUTHORIZING
### DEFENDANT RONALD H. FRAZE
### TO LEAVE JURISDICTION

THIS MATTER having come before this COURT on Defendant, Ronald H. Fraze (D-2), motion to allow Defendant to leave the State of Alaska to attend his high school reunion in Phoenix, Arizona either April 26 or April 27, 2006, and returning to Anchorage no later than April 30, 2006; and good cause appearing:

IT IS ORDERED that Defendant's motion is approved; and

IT IS FURTHER ORDERED that Defendant shall provide his Probation Officer, Paula McCormick, a copy of his travel itinerary.

DATED this 24 day of March, 2006.

UNITED STATES DISTRICT COURT FOR ALASKA
DISTRICT OF ALASKA

By_____
JUDGE, U.S. DISTRICT COURT