```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


                   USA    v.   LERVAAG and FRAZE
DATE:    April 24, 2006         CASE NO.    3:05-CR-0089-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               RE MOTION FOR CONTINUANCE
```

Defendant Lervaag's unopposed Motion for Continuance of Trial (Docket 36) will be addressed at the final pretrial conference on **Tuesday, May 2, 2006,** at **9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RE MOTION FOR CONTINUANCE