DEBORAH SMITH
ACTING UNITED STATES ATTORNEY

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:05-cr-0089-RRB |
| ) | |
| Plaintiff, ) | COUNT 1: MISPRISION OF |
| ) | FELONY |
| vs. ) | Vio. of 18 U.S.C. § 4 |
| ) | |
| RONALD FRAZE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

INFORMATION

The United States Attorney charges that:

COUNT 1

Beginning at a time unknown but at least by on or after July 1998, and continuing thereafter until on or about December 31, 2000, the defendant, RONALD FRAZE, in the District of Alaska, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit: False Statements to Influence a Bank, did conceal the same by failing to notify said banks and/or his joint venture partners that certain account

receivable aging reports did not reflect the true records of Chugach North Technical Services and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

All of which is in violation of Title 18, United States Code, Section 4.

Dated:     8/8/06


DEBORAH SMITH
Acting United States Attorney


s/ Karen Loeffler
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: karen.loeffler@usdoj.gov