AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ ALASKA _____

UNITED STATES OF AMERICA

V.

RONALD H. FRAZE

**WAIVER OF INDICTMENT**

CASE NUMBER: 3:05-cr-00089-01-RRB

I, _Ronald Fraze_, the above named defendant, who is accused of

_18 USC 34 Misprison of Felony_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _Aug 8, 2006_ prosecution by indictment and consent that the pro-
                    Date
ceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before  **REDACTED SIGNATURE**
_____
RALPH R. BEISTLINE, U.S. DISTRICT JUDGE