MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. RONALD H. FRAZE          CASE NO. 3:05-cr-00089-01-RRB
Defendant:  X Present  X On Bond

BEFORE THE HONORABLE:            RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:           LINDA CHRISTENSEN AND APRIL KARPER

UNITED STATES ATTORNEY:          KAREN LOEFFLER

DEFENDANT'S ATTORNEY:            RONALD OFFRET

U.S.P.O.:                        SCOTT KELLEY

PROCEEDINGS: FINAL PRETRIAL CONFERENCE (ARRAIGNMENT ON
             INFORMATION / ENTRY OF PLEA) HELD AUGUST 8, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:09 a.m. court convened.

Court and counsel heard re defendant pleading to Information being filed today by government. Matter continued to 3:00 p.m.

At 9:11 a.m. court recessed until 3:04 p.m.

 X  Copy of Information given to defendant.

 X  Defendant sworn.

 X  Defendant advised of general rights.

 X  Defendant advised of charges and penalties.

 X  Defendant states true name: Same as above.

 X  Waiver of Indictment **FILED.**

 X  Plea(s): Guilty to count 1 of the Information. Government to dismiss Indictment at sentencing.

 X  Court accepted pleas. Referred to P.O. for presentence report.

 X  Imposition of Sentence set for **October 18, 2006 at 1:30 p.m.**

 X  Defendant's conditions of release remain as previously set.

 X  OTHER: Trial by Jury previously set for August 14, 2006 at 8:30 a.m. is **VACATED.**

At 3:16 p.m. court adjourned.

DATE:     August 8, 2006       DEPUTY CLERK'S INITIALS:    amk