UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u>  FRAZE  </u>

DATE:  <u>  October 12, 2006  </u>    CASE NO.  <u>  3:05-CR-0089-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
CHANGING TIME FOR HEARING**

---

Due to an ongoing civil trial, the **time** for the sentencing in this matter on **Wednesday, October 18, 2006**, is **changed** from 1:30 p.m. to **8:30 a.m.,** in Courtroom 2 in Anchorage, Alaska.

M.O. CHANGING TIME FOR HEARING