```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. __RONALD H. FRAZE__    CASE NO. __3:05-CR-00089-01-RRB__
Defendant: _X_ Present    _X_ On Bond

BEFORE THE HONORABLE: _____RALPH R. BEISTLINE_____

DEPUTY CLERK/RECORDER: _____CAROLINE EDMISTON_____

UNITED STATES' ATTORNEY: _____KAREN LOEFFLER_____

DEFENDANT'S ATTORNEY: _____RONALD OFFRET_____

U.S.P.O.: _____SCOTT KELLEY_____

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 10/18/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:49 a.m. court convened.

_X_ Notice of Appeal form given to defense counsel.

_X_ Court stated findings/reasons pursuant to sentencing guidelines.

_X_ Defendant placed on probation for a period of _5_ years under the usual terms and conditions with special conditions of probation as stated in the judgment.

_X_ Special Assessment $_100.00_, due _Immediately_.

_X_ Restitution $_900,000.00_, to be paid to _Chugach Development Corporation; restitution is imposed jointly and severally with codefendant Robert W. Lervaag, 3:05-CR-00089-02-RRB_

_X_ On motion of the U.S. Attorney, remaining counts _1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 & 12 of the Indictment are dismissed._

_X_ OTHER: _Court and counsel heard re presentence report and restitution amount. Payment Coupon given to defendant. Court advised defendant of appeal rights._

At 9:00 a.m. court adjourned.

DATE: __October 18, 2006__    DEPUTY CLERK'S INITIALS: __CE__